PER CURIAM.
 

 Donald Mack sought appellate review of an order striking his motion to reduce his sentence filed pursuant to Florida Rule of Criminal Procedure 3.800(c). We treat the appeal as a petition for certiorari and grant relief based on
 
 Schlabach v. State,
 
 37 So.3d 230 (Fla.2010).
 
 See also In re Amendments to Florida Rule of Criminal Procedure 3.800(c),
 
 76 So.3d 913 (Fla.2011). Consequently, we quash the order and remand the matter for the trial court to consider the merits of Mack’s motion.
 

 Petition Granted; Order Quashed; Remanded.
 

 WARNER, STEVENSON and LEVINE, JJ., concur.